## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## HELENA DIVISION

ALBERT HERNANDEZ
ADC #65214                                                                                         PLAINTIFF

V.                              NO: 2:06CV00221 GH/HDY

ARKANSAS DEPARTMENT
OF CORRECTION                                                                                  DEFENDANTS

## JUDGMENT

Pursuant to the order filed this date, judgment is entered dismissing this case without prejudice; the relief sought is denied.  The Court further certifies that an *in forma pauperis* appeal taken from the order and judgment dismissing this action is considered frivolous and not in good faith.

DATED this 5th day of January, 2007.

*/s/ George Howard, Jr.*
UNITED STATES DISTRICT JUDGE